IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUSIE ZAPATA,

      Plaintiff,

vs.                                                                                            No. CIV 14-0427 JB/LAM

GORDON CHAVEZ, a New Mexico
Corrections Department Probation and
Parole Officer, in his individual capacity;
JOSE CORDOVA, Former Director New
Mexico Corrections Department, Division of
Probation and Parole, in his individual
capacity; and THE NEW MEXICO
CORRECTIONS DEPARTMENT,

      Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) the Stipulation of Dismissal with Prejudice of Defendants Gordon Chavez and Jose Cordova, filed June 29, 2015 (Doc. 114) ("Stipulation 1"); and (ii) the Joint Stipulation of Dismissal, filed June 30, 2015 (Doc. 115) ("Stipulation 2"). In the Stipulation 1, Plaintiff Susie Zapata states that, pursuant to rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, she "stipulates to the dismissal with prejudice of any and all claims which Plaintiff brought or could have brought in the above-titled action against Defendants Gordon Chavez and Jose Cordova." Stipulation 1 at 1. In the Stipulation 2, Zapata and Defendant New Mexico Corrections Department state that they "jointly stipulate to the dismissal of the above entitled action, with prejudice." Stipulation 2 at 1. There being no more case or claims before the Court, final judgment is appropriate.

**IT IS ORDERED** that: (i) this case is dismissed with prejudice; and (ii) final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Laura Schauer Ives
Kennedy Kennedy & Ives, LLC
Albuquerque, New Mexico

--and--

Maria Martinez Sanchez
Alexandra Freedman Smith
ACLU of New Mexico
Albuquerque, New Mexico

--and--

Zachary A. Ives
Garcia Ives Nowara
Albuquerque, New Mexico

--and--

Nicole Moss
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Douglas E. Gardner
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Gordon Chavez*

Nancy Ruth Long
Justin W. Miller
Long, Komer & Associates, P.A.
Santa Fe, New Mexico

    *Attorneys for Defendant Jose Cordova and the New Mexico Corrections Department*